```
                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF FLORIDA
                       TALLAHASSEE DIVISION

IN RE:                                  CASE NO. 07-40047-TLH4
                                        CHAPTER 13
JULIUS REMARO HARRIS
FREDA HARRIS

_____Debtor(s)_____/
```

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### <u>OF UNCLAIMED FUNDS</u>

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: SUNBELT CREDIT which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 417462 in the amount of 258.51 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

    /s/Leigh D. Hart or
    /s/William J. Miller, Jr.
       OFFICE OF THE CHAPTER 13 TRUSTEE
       POST OFFICE BOX 646
       TALLAHASSEE, FL 32302
       ldhecf@earthlink.net
       (850) 681-2734 "Telephone"
       (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| JULIUS REMARO HARRIS | DBA/SUNBELT CREDIT |
| FREDA HARRIS | SFC/CENTRAL BANKRUPTCY & RECOV |
| 114 STEVENS DRIVE | 209 DAWSON RD., STE 4-B |
| MIDWAY, FL 32343 | COLUMBIA, SC 29223 |

AND

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

    /s/Leigh D. Hart or
    /s/William J. Miller, Jr.
7/28/2011  2:28 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE